IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL TAITT-PHILLIP,

    Plaintiff,

v.                                                Civ. No. 21-150 DHU/GBW

LOCKHEED MARTIN CORP. and
ADVANCED IT CONCEPTS, INC.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court upon Michael Orth's Show Cause Notice (*doc. 54*) and Michael Orth's Motion to Withdraw (*doc. 62*). On April 28, 2022, the Court ordered Michael Orth, Plaintiff's original counsel of record, to show cause for his failure file a Motion to Withdraw within the time frame prescribed by the Court for him to do so. *Doc. 53* at 1. On May 2, 2022, Mr. Orth filed a Show Cause Notice attributing his failure to file a motion to withdraw at the time he ceased his involvement with Plaintiff's case to his erroneous belief that his law firm had entered an appearance for Plaintiff and could therefore continue representing her after his departure. *See doc. 54* at ¶ 2. He also stated that his failure to file a motion to withdraw within the time frame prescribed in the Court's March 8, 2022, order was because his email address was not current in the Court's electronic filing system so he did not receive notice of the Court's order. *Id.* at ¶¶ 6, 8. Finally, he also represented that his failure to have a current email

address on file was inadvertent, because he had attempted to update his email address for all courts in which he practices. *Id.* at ¶ 4. Then, Mr. Orth filed a Motion to Withdraw on May 4, 2022. *See doc. 62*.

In light of the foregoing, the Court is satisfied that no sanctions are necessary at this time. IT IS HEREBY ORDERED that the Court's Order to Show Cause (*doc. 53*) is QUASHED.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE